1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**

9          **DISTRICT OF NEVADA**

10

11  MICHELLE E. JETT,                    )        3:17-cv-00598-HDM-WGC
                                         )
12                  Plaintiff,           )
                                         )        ORDER
13  vs.                                  )
                                         )
14  NANCY A. BERRYHILL,                  )
    Acting Commissioner of Social        )
15  Security Administration,             )
                                         )
16                  Defendant.           )
    _____

17
18          The Court has considered the Report and Recommendation of the

19  United States Magistrate Judge (ECF No. 15) filed on May 9, 2018,

20  in which the Magistrate Judge recommends that this Court enter an

21  order denying plaintiff's motion for remand (ECF No. 12), granting

22  defendant's cross-motion to affirm (ECF No. 13), and affirming the

23  decision of the Commissioner.  No objections to the Report and

24  Recommendation have been filed, and the time for doing so has

25  expired.

26          The Court has considered the pleadings and memoranda of the

27  parties and other relevant matters of record and has made a review

28  and determination in accordance with the requirements of 28 U.S.C.

1

1  § 636 and applicable case law.  Accordingly, the Court hereby

2  **ADOPTS AND ACCEPTS** the Report and Recommendation of the United

3  States Magistrate Judge (ECF No. 15).  Therefore, plaintiff's

4  motion for remand (ECF No. 12) is denied, defendant's cross-motion

5  to affirm (ECF No. 13) is granted, and the decision of the

6  Commissioner is affirmed.  The Clerk of the Court shall enter

7  judgment accordingly.

8      **IT IS SO ORDERED.**

9      DATED: This 11th day of June, 2018.

10

11  _____
    UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28